# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER OLIVER, | ) |
| Plaintiff, | ) Case No. 2:17-cv-02689-RFB-CWH |
| vs. | ) **ORDER** |
| UNLV BOARD OF REGENTS, | ) |
| Defendant. | ) |

Presently before the Court is pro se Plaintiff Alexander Oliver's application for leave to proceed *in forma pauperis* (ECF No. 1), filed on October 18, 2017.

Upon review, Plaintiff's application is incomplete. Plaintiff has failed to provide complete information for items #3, #5, and #8. Specifically, Plaintiff has failed to answer #3(d) and #3(e), or to include the value of the real estate specified in items #5, and #8. Plaintiff may not proceed *in forma pauperis* without filing a complete application. The court will retain Plaintiff's complaint (ECF No. 1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

//
//
//
//
//
//
//
//
//

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff a copy of the approved form application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for a civil action (which includes the $350 filing fee and the $50 administrative fee). Plaintiff is advised that failure to comply with this order may result in a recommendation that his case be dismissed.

IT IS FURTHER ORDERED that the Clerk of the Court must retain the complaint (ECF No. 1-1), but must not file it at this time.

DATED: October 25, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**