# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER OLIVER, | Case No. 2:17-cv-02689-JCM-CWH |
| Plaintiff, | |
| v. | |
| UNLV BOARD OF REGENTS, | **ORDER** |
| Defendant. | |

This matter is before the court on pro se plaintiff Alexander Oliver's payment of the $400.00 filing fee on December 22, 2017. (Receipt of Payment (ECF No. 6).) Given that Oliver paid the filing fee, this case will not be screened under 28 U.S.C. § 1915 and will proceed on the normal litigation track as governed by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: December 26, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge